# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

DUSTIN HELLARD, an Individual, )
)
           Plaintiff, )
)
v. ) Case No. 19-CV-43-GKF-FHM
)
MID CENTURY INSURANCE )
COMPANY, d/b/a FARMERS )
INSURANCE, a Foreign Corporation, )
)
           Defendant. )

## OPINION AND ORDER

Defendant's *Motion to Quash or Modify Subpoenas to Non Party Law Firms*, [Dkt. 25], is before the court for decision. The matter has been fully briefed, [Dkts. 31, 32], and the court has conducted an *in camera* review of the documents at issue.

Defendant seeks protection from discovery of documents from two law firms hired by Defendant regarding Plaintiff's uninsured motorist claim. Defendant contends the documents are covered by the attorney/client privilege or attorney work product protection. Plaintiff responds that the documents are not protected from discovery because the law firms were involved in the business of investigating and evaluating the Plaintiff's insurance claim.

Based on the court's *in camera* review of the documents, the court finds that the law firms were providing legal services and advice as opposed to business services. The documents are therefore protected from discovery by the attorney/client privilege and/or

work product protection. Defendant's *Motion to Quash or Modify Subpoenas to Non Party Law Firms*, [Dkt. 25], is GRANTED.

So ordered this 25th day of November, 2019.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE