IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DUSTIN HELLARD, )
 )
      Plaintiff, )
 )
v. ) Case No. 19-CV-43-GKF-FHM
 )
MID CENTURY INSURANCE )
COMPANY d/b/a FARMERS )
INSURANCE, )
 )
      Defendant. )

## **OPINION AND ORDER**

Defendant Mid Century Insurance Company's *Motion to Compel Discovery Responses from Plaintiff Dustin Hellard,* [Dkt. 33], is before the court for decision. Plaintiff has filed a Response, [Dkt. 34], and Defendant has filed a Reply. [Dkt. 35].

Defendant seeks an Order compelling Plaintiff to provide a complete answer to Interrogatory No. 3 which asks Plaintiff to itemize and state the amount of Plaintiff's damages and identify witnesses and documents to support those damages. Plaintiff responds that his answer to Interrogatory No. 3 which claimed damages above the contractual limits of the insurance policy and generally referenced Plaintiff's medical providers and document production was sufficient. The court disagrees.

Plaintiff is ordered to provide a good faith itemization of the damages he claims in this case along with a reasonable identification of the specific documents and witnesses that support those claimed damages.

Defendant Mid Century Insurance Company's *Motion to Compel Discovery Responses from Plaintiff Dustin Hellard*, [Dkt. 33], is GRANTED

SO ORDERED this 25th day of November, 2019.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE