IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DUSTIN HELLARD, )
           Plaintiff, )
    v. ) Case No. 19-CV-43-GKF-FHM
MID CENTURY INSURANCE )
COMPANY d/b/a/ FARMERS )
INSURANCE, )
           Defendant. )

## OPINION AND ORDER

Plaintiff's *Motion to Compel Defendant to Respond to Plaintiff's Discovery Requests*, [Dkt. 40], has been fully briefed, [Dkts. 46, 47], and is ripe for decision.

**Claim File:**

To assist the court in resolving this issue, Defendant shall submit by January 20, 2020 to the court for an *in camera* review, all material in the claim file that was not produced to Plaintiff except communications with defense counsel in this case, and any material the court previously reviewed *in camera.* [Dkts. 39, 44].

**Personnel Documents:**

    GRANTED.   *Mass Bay Ins. Co., v. Langager,* Case No. 16-CV-685-JED-FHM, Docket No. 39, (N.D. Okla. Aug. 18, 2017)
*Morrison v. Chartis Property Cas. Co.,* 2014 WL 840597 (N.D. Okla. March 4, 2014).
*Davidson v. Safeco Ins. Co.,* Case No. 10-CV-827-TCK-FHM, Docket No. 41, (N.D. Okla. Oct. 7, 2011).

**Bonus and Incentives Programs:**

    GRANTED.   *Mass Bay Ins. Co., v. Langager*, Case No. 16-CV-685-JED-FHM, Docket No. 39, (N.D. Okla. Aug. 18, 2017)

**Training and Claims Handling Materials:**

GRANTED.  *Morrison v. Chartis Property Cas. Co.,* 2014 WL 840597 (N.D. Okla. March 4, 2014).

Plaintiff's *Motion to Compel Defendant to Respond to Plaintiff's Discovery Requests*, [Dkt. 40], is GRANTED as set forth herein.  The court will issue a separate Order concerning the Claim File after *in camera* review.

SO ORDERED on the 7th day of January, 2020.

*[signature]*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE