IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DUSTIN HELLARD

    Plaintiff,

vs.

MID CENTURY INSURANCE COMPANY
d/b/a FARMERS INSURANCE

    Defendant.

Case No. 19-CV-43-GKF-FHM

## OPINION AND ORDER

In compliance with the court's order dated January 7, 2020, [Dkt. 52], Defendant submitted its privilege log and unredacted copies of the documents listed therein for *in camera* review. The court has conducted that review and finds that, except for references to reserves, all redactions are appropriate. The court finds that, although reserve amounts may not be admissible,[1] the amounts are not properly withheld from discovery. Defendant is therefore required to produce the following pages with the reserve amounts disclosed: 219; 2358; 2362; 2371; 2374; 2378; 2392; 2404.

SO ORDERED this 31st day of January, 2020.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] Cases cited in the privilege log deal with admissibility of reserve amounts, not discovery of the amounts. Since admissibility is being discussed it is obvious that the reserve amounts were discovered. *See Higgins v. State Auto Property & Cas. Ins. Co.*, 2012 WL 2571278 at *4 (N.D. Okla. July 2, 2012).